**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DANIELLE M. HERNANDEZ, | |
| Plaintiff, | Case No. 1:18-cv-05159 |
| v. | |
| DIVERSIFIED CONSULTANTS, INC., | Honorable Judge Edmond E. Chang |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that DANIELLE M. HERNANDEZ ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 10th day of September, 2018.

Respectfully submitted,

*s/ Marwan R. Daher*
Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

_s/ Marwan R. Daher_____
Marwan R. Daher