UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Danielle M. Hernandez
                            Plaintiff,

v.                                          Case No.: 1:18−cv−05159
                                            Honorable Edmond E. Chang

Diversified Consultants, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 10, 2018:

    MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of settlement, and to avoid unnecessary status hearings and to provide time to reduce the agreement to writing, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 11/13/2018. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 11/19/2018 is vacated. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.